Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

RECEIVED

AUG 17 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## for the

_Eastern_ District of _California_

FILED

AUG 17 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

_____ Division

Case No. _1:20CV1151 AWIEPG_

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☐ No

Isabel Valdez Vela
_____
_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

City of Porterville
Porterville Police Dept., Sgt Ron
                              Moure
_____
_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          Isabel Valdez Vela
Address       1820 S. Mooney Blvd Suite 101
              Visalia          CA          93277
                  *City*        *State*      *Zip Code*
County        Tulare
Telephone Number   (559) 667-3608
E-Mail Address     ofh.hebrews13.5@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name          ~~Deborah Warren Trice~~  City of Porterville,
Job or Title *(if known)*
Address       291 North Main Street
              Porterville      CA          93257
                  *City*        *State*      *Zip Code*
County        Tulare
Telephone Number   (559) 782-7499
E-Mail Address *(if known)*

☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name          Porterville Police Dept
Job or Title *(if known)*
Address       350 N. D Street
              Porterville      CA          93257
                  *City*        *State*      *Zip Code*
County        Tulare
Telephone Number   (559) 782-7400
E-Mail Address *(if known)*

☐ Individual capacity   ☑ Official capacity

Defendant No. 3

Name     Srgt. Ron Moore

Job or Title *(if known)*     Srgt

Address     350 N. D Street

    Porterville     CA     93257

         *City*       *State*       *Zip Code*

County     Tulare

Telephone Number     (559) 782-7400

E-Mail Address *(if known)*

☑ Individual capacity     ☑ Official capacity ✓

Defendant No. 4

Name

Job or Title *(if known)*

Address

         *City*       *State*       *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth Ammendment

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Tulare County, City of Porterville

B.   What date and approximate time did the events giving rise to your claim(s) occur?

ongoing

C.   What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Porterville Police Dept & Sgt Ron. Moore failed to produce the Warrant Sgt Ron Moore claims to be on/in my person. Through Search thru Tulare County Court house states No warrant exist. These false claims, held me against my will, had my children taken, lost my home, mental & emotional duress, Rights violated by their co-conspirator CWS.

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- Violation of Rights
- Jewelry in their possession never Returned
- False imprisonment
- Failure to protect
- Negligence
- Removal & Detainment of my Children (Still not Returned)
- Loss of home
- Divorce
- Mental & Emotional Duress
- Financial Hardship
- Broken Family Bond
- Siblings Seperation
- CPS - Mental torment & anguish
- Broke Bond of trust
- Addiction

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Max allowed in Monetary & Injuctive Relief by the courts at Your discretion.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/14/20

Signature of Plaintiff

Printed Name of Plaintiff   Isabel Valdez Vela

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City   State   Zip Code

Telephone Number

E-mail Address

Violations:

Fourth Amendement:

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Federal Laws violated that assisted in the vioaltion and deripvation of our Fourth Ammendment:

Title 18 U.S.C Section 241: Conspiracy Against Rights

conspiracy within agency and CWS/CPS to violate our Fourth Ammendment right, and use fear, threat, intimidation, position, and power to deprive us.

18 U.S.C. Section 242: Deprivation of Rights Under Color of Law

Every violation has been made while under their position, power, and title, employment, on duty, using their title, position authority to make force entries, derovations, violations, commit perjury and fraud.

# M Gmail

Isabel Vela <ofh.hebrews13.5@gmail.com>

---

## AMMENDED - Failure to Comply
1 message

**Isabel Vela** <ofh.hebrews13.5@gmail.com>                                   Mon, Mar 23, 2020 at 12:45 PM
To: marthaflores@portervilleca.gov, montereyes@portervilleca.gov, danielpenaloza@portervilleca.gov, mgr-office@ci.porterville.ca.us, miltstowe@portervilleca.gov, virginiagurrola@portervilleca.gov, mpierce@mkjw.com
Bcc: Isabel Vela <ofh.hebrews13.5@gmail.com>

Martha A. Flores (Mayor), Monte Reyes (Vice-Mayor), Milt Stowe (Council Member), Daniel Penaloza (Council Member), Virginia Gurrola (Council Member), John Lollis (City Manager), Matthew C. Pierce (City Attorney)

As officials with one capacity or another to hold Porterville Police Department and the City Attorney accountable, I am notifying you via this email that Porterville Police Department and City Attorney Matthew C. Pierce is in violation of our Civil Rights.
Our office submitted a FOIA requested, Privacy Act Request, Right to know Act, and Records Act Requested dated : February 20, 2020. Mr. Pierce acknowledged receipt of said requests requesting additional FIVE days to produce documents, and as of date, has failed to comply with our request and right to request.
This email will be submitted into future proceedings intended to hold City of Porterville, Porterville Police Department, City Officials receiving this email and Mr. Matthew Pierce for Civil Rights Violations, Failure to comply, failure to protect, and violation to their oath on file.
Please receive the following attachments as our proof of service to you for the requests made in February.

--
Thank You, God Bless.

**Our Fathers Home**
**Advocate**
**Isabel Valdez Vela**
**(559) 667-3608**
**118 S. Court St**
**Visalia, CA 93291**
**ourfathershomehebrews135.com**

*"I will Never Leave You, Nor Forsake You." - Hebrews 13.5*

---

### 5 attachments

🗐 **FOIA Chief Eric Kroutil.docx**
20K

🗐 **FOIA Corporal Jose Dominguez.docx**
20K

🗐 **FOIA Harvey Dominguez.docx**
20K

🗐 **FOIA Jake Castellow.docx**
20K

🗐 **FOIA Javier Dominguez.docx**
20K



**Our Fathers Home**
118 S. Court St. Visalia, CA 93291

# PLEASE READ AND SHARE

THIS PACKET WAS HADID DELIVERED Attn
TO: Chief Eric Krautil. Mayor Martha Flores,
Corpural Jose Dominguez, Harvey Dominguez, Jake Castellow,
Javier Dominguez, Monte Reyes, Milt Stowe, Daniel Peñaloza,
Virginia Gurrola,

**Our Fathers Home**
Advocates
Isabel and Omar Vela Jr.
(559) 667-3608   (559) 679-4269

Visit us:
ourfathershomehebrews135.com

If you or a loved one has fallen victim to CWS/CPS and or Law Enforcement Corruption, Please contact our office today.



**Our Fathers Home**
118 S. Court St. Visalia, CA 93291
(559) 667-3608

*Proverbs 27:17: "Iron sharpens iron, and one man sharpens another."*

I would like to share with you the followig truths that place our families in the hands of danger everyday for it is Biblical I do so:

*Matthew 18:15-17: 15 "If your brother or sister[a] sins,[b] go and point out their fault, just between the two of you. If they listen to you, you have won them over. 16 But if they will not listen, take one or two others along, so that 'every matter may be established by the testimony of two or three witnesses.'[c] 17 If they still refuse to listen, tell it to the church; and if they refuse to listen even to the church, treat them as you would a pagan or a tax collector.*

I have already gone directly to every person in authority involved in this case as it states biblically to do so, now I turn to the church... YOU as I am guided to.

My children where legally-Illegally kidnapped from me by those we are supposed to trust and believe in.... Porterville Police Department. Detective Harvey Dominguez presented himself onto the property of Motel 6 in August 2015 under the false pretense of having a warrant of arrest for Hector V. Gonzalez. Please see attachment 1, where upon investigating, Srgt. Ron Moore from Porterville Police Department was so kind as to clarify that there in fact was no warrant for Hector V. Gonzalez.

I wrote to Chief Eric Kroutil and cc'd Mayor of Porterville Martha Flores about my concerns regarding the way Officers handle cases, Chief Eric Kroutil was so kind as to never make contact, but forward my letter to Capt. Jake Castellow. Mayor Martha Flores was so kind to just ignore the concerns of a vicitm in her city, not once showing a little care or empathy to the situation involving innocence.

Capt. Jake Castellow became defensive (as one is expected to) when accusations of : Kidnapping by his fellow officers, Drugs missing, jewelry missing, falsified reports, violations of Constitutional rights ect. hit his ears and his heart. He shook my hand and looked me in the eyes and said he would look into it and get back to me. Sadly... that Capt. has never made contact with his victim again. Calls go unanswered, messages go unreturned. How are these the men we are to trust? If I encourage my families to trust them and talk to them, I am setting them up for failure.

Srgt. Ron Moore AFTER my meet with Capt. Jake Castellow notes on his form returned to Hector V. Gonzalez, that the SEARCH WARRANT was for the OTHER defendant, NEVER for HIM. Please see attachment 2. I believe this be the way to put the attack on me being that I am the one voicing their errors. I gave him the benefit of the doubt, I requested a copy of the warrant. It is my right as a United

States Citizen to be presented with the SEARCH WARRANT at the time it is being carried out. Once I requested a copy it was denied. Thats ok. God led me to do a search thru the Tulare County Superior Court House County of Tulare, where I recieved a court sealed declaration stating that no : SEARCH WARRANT, RAMEY WARRANT, ARREST WARRANTwas ever REQUESTED, OBTAINED, DENIED, pertaining to my person: Isabel M. Valdez please see attachment 3. According to: Coolidge v. Hampshire, 403 U.S. 443 (1971) only Judges and Madgistrates can issue search warrants. If their in fact was a search warrant as Srgt. Ron Moore signes off stating, it would need to come from a Judge, the court would have a copy of it.

What confirms even more so their persistance to cover up their wrongs is this: In order to have a Search Warrant you need to tell the Judge the location of your search and what you are searching for 4th Amendment of The United States of America:

*"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, **and particularly describing the place to be searched, and the persons or things to be seized."***

Detective Harvey Dominguez and the officers working under his supervision went to a location on Lombardi St., I was no longer present there. I was at Motel 6. The warrrant would have not had the correct address. Furthermore... in attachment 3 you will see that the Superior Court of California County of Tulare stamped sealed a declaration stating that there in fact NEVER was a RAMEY WARRANT or SEARCH WARRANT for either properties that these officers claim their to be. This is why Srgt. Ron Moore used a govt. Code to keep me from obtaining a document that does not exist.

I did in fact disclose to Det. Harvery Dominguez of Porterville Police Department that in the motel room their was 2 eight balls of Meth., 2 smoking devices, I did in fact test positive for Meth AFTER a blood test, and so did Hector V. Gonzalez, I was in fact held on a 1 million dollar bond accouding to Alladin Bail Bonds the night I called while in custody, we BOTH were released on the 3rd day WITHOUT facing the Judge. No criminal charges against us AND our DRUGS, and JEWLERY, where never submitted into evidence to be used against us. Why not? God led to me to continue investigating and then confirmed the following: after speaking to some INFORMANTS Officers at times hand them money, and drugs to continue their work as informants. This could be the reason as to why my drugs where never logged into evidence and used against me in the court of law. Actions,accusations, and current charges through the Visalia Superior Court House against other Officers: Bryan Ferrreira and Shane Logan stand to confirm as these statements are true, being that informants now come forward as witnesses against them for such actions.

CORRUPTION like this, is what is destroying our homes and our streets. Three prominent people in this community that have the power and voice to stand against this corruption, go along with it:

City Mayor Martha Flores – who is up for re-election in November. How can a woman face her community and say she stands as a voice for us, when she ignores the cry of a victim? She has been mailed, and emailed letters and pleas to look into the matter, and she ignores. Please see attachment 4 the most recent email, emailed to her city email. No answer. Shame on us if we allow her to face us, ask for our vote... and we give it. *Luke 17:3 "Pay attention to yourselves! If your brother sins, rebuke him, and if he repents, forgive him.*

Vice Mayor Monte Reyes whom was forwarded a copy of the letter sent Mayor Flores via email to email address: montereyes@portervilleca.gov on Jan 15, 2020 at 10:12am making him aware that their was an issue, but failed to acknowledge and uphold his responsibilities to this city.

Please see attachment 5, our most recent intent to communicate via mail with : Chief Eric Kroutil whom took postition as  Chief AFTER the previous Chief was found to be acting injustly, abusing funds, ect. Its a generational curse within the walls of Porterville Police Department. Chief after Chief, failing the people of their community and needing to be exposed in a manner such as this because they can not face their errors. Do we continue this generational curse and allow him to continue to be in a position that will in fact hurt the generations to come, or do we ask him to step down and end the curse with him? As a church.. We Must;

Proverbs 24:24-25 Whoever say to the wicked, "You are in the Right," will be cursed by the people abhorred by the nations, but those you **REBUKE** the wicked **WILL HAVE** delight **AND A GOOD BLESSING** will come upon them."

I in fact am giving Mayor Martha Flores and Chief Eric Kroutil (or authorized representatives) a copy of this **BEFORE** placing it in your very hands and inviting them to surrender and do righteous as the law of God **AND** man tells them to. If they address the issue and make right, they have surrendered and asked Christ for forgiveness and guidance, if they have not/ do not, we as the Church, for our salvation and the generations to come, need to stand firm in the word of God and rebuke these members from their postion and authority over us. We need to hold accountable: Det. Harvey Dominguez, Srgt. Ron Moore, Cptn. Jake Castellow, for not upholding their oath on file to PROTECT and SERVE even if it means, protecting us from them.

I have shared these concerns and this story with Mr. Reggie Ellis whom is President and Publisher of the Sun Gazette. He states he is interested in this story and shows interest in helping the families that support his paper get truth and justice. I pray he is a man that keeps his word.

*__Galatians 6:2: Bear one anothers burdens, and so fulfill the law of Christ.__*

With this I urge you if you have fallen a victim to the wrongs and corruption of Porterville Police Department, Our Mayor Martha Flores, please contact our office.

**Our Fathers Home**
**Advocate**
**Isabel M. Valdez Vela**
**(559) 667-3608**
**velaisabel84@gmail.com**
**118 S. Court St. Visalia, CA 93291**


**Community Meeting Scheduled for :**
**February 24, 2020**
**450 N. Newcomb Porterville, CA 93257**

*Sorry we missed you. Please text us so you are invited to the next one*

** Messages sent to Detective Harvey's personal messenger account pleading for his help, are available for view upon request**

**ATTACHMENT 1**

A

# PORTERVILLE POLICE DEPARTMENT
## Application for Release of Information

Date & Time of Occurrence: _____     Report# _15-5168_

Type of Report     [ ] Traffic Collision     [X] Crime

Location of Incident: _____     Porterville Police Department

APR 1 5 2019

CC

Received

**Party of Interest (Please Check One)**

[ ] Person Involved:
    Driver, Passenger, Pedestrian or Victim

[ ] Representative of Insurance Company or
    Insurance Adjusting Agency

[ ] Property Owner

[ ] Attorney

[ ] Authorized Representative of Victim
    (Signed Authorization is Required)

[X] Party Accused of Crime

[ ] Parent / Guardian of Juvenile Party

[ ] Victim

[ ] Press

[ ] Other Party of Interest (Specify)

_NEED COPY for Search Warrant and Arrest Warrant for_

Certification: _NEED proof in writting please._     _8-10-15 to_
_8-17-15_

I declare under penalty of perjury that [X] I am [ ] I represent [ ] I am an attorney representing the party of
interest identified in the report recorded hereon.

_Hector Gonzalez_
Printed Name

Signature

_25015 Ave 196 Strathmore_
Address / Phone
_Ca. 93267 (559) 586-3125_

_4-15-19_
Date

**Records Information:**     _Talked Hector on 4/19/19_
_Hector will plu copy of_
[ ] Copy Released     [X] Denied     _this form. ce_

Reason of Denial: _THERE IS NO ARREST WARRANT ASSOCIATED TO THIS CASE AND_
_THE SEARCH WARRANT DOES NOT PERTAIN TO MR. GONZALEZ (PERTAINS_
_TO OTHER DEFENDANT)._

_D Moore_
Services Supervisor

_4-19-19_
Date

12/13

**ATTACHEMENT 2**

# PORTERVILLE POLICE DEPARTMENT
## Application for Release of Information

Date & Time of Occurrence: _____     Report# **15-5168**

Type of Report     [ ] Traffic Collision     [X] Crime

Porterville Police Department

Location of Incident: _____     APR 1 5 2019

*CC*

Received

### Party of Interest (Please Check One)

[ ] Person Involved:
    Driver, Passenger, Pedestrian or Victim

[ ] Representative of Insurance Company or
    Insurance Adjusting Agency

[ ] Property Owner

[ ] Attorney

[ ] Authorized Representative of Victim
    (Signed Authorization is Required)

[X] Party Accused of Crime

[ ] Parent / Guardian of Juvenile Party

[ ] Victim

[ ] Press

[ ] Other Party of Interest (Specify)

Certification: _NEED COPY for Search warrant and Arrest Warrant for NEED proof in writting please._     _8-10-15 to 8-17-15_

I declare under penalty of perjury that [X] I am [ ] I represent [ ] I am an attorney representing the party of interest identified in the report recorded hereon.

_Hector Gonzalez_
Printed Name

_[signature]_
Signature

_25015 Ave 196 Strathmore_
Address / Phone
_Ca. 93267  (559) 586-3125_

_4-15-19_
Date

### Records Information:

[ ] Copy Released          [X] Denied

_Called Hector on 4/19/19 Hector will p/u copy of this form . ce_

Reason of Denial: _THERE IS NO ARREST WARRANT ASSOCIATED TO THIS CASE AND THE SEARCH WARRANT DOES NOT PERTAIN TO MR. GONZALEZ (PERTAINS TO OTHER DEFENDANT)._

_D. Moore_
Services Supervisor

_4.19.19_
Date

12/13

**ATTACHMENT 3**



# Superior Court of the State of California

### COUNTY OF TULARE
CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

June 10, 2019

I certify that I have searched the indices for the Superior Court of California, County of Tulare as follows:

Name: Hector Gonzalez
Addresses: 560 N Lombardi St, Porterville, CA 93257
AND
Motel Six, 935 W Morton Ave, Porterville, CA 93257

Results of search:
No search and/or Ramey warrants filed in the Superior Court, County of Tulare between August 10, 2015 and August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: June 10, 2019.

Respectfully,

Jonathan Dimas
Deputy Clerk



## Superior Court of the State of California

### COUNTY OF TULARE
CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

June 10, 2019

I certify that I have searched the indices for the Superior Court of California, County of Tulare as follows:

Name: Hector Gonzalez
Date of Birth: 06/26/1976

Results of search:
No arrest warrants filed in the Superior Court, County of Tulare between August 10, 2015 and August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: June 10, 2019.

Respectfully,

Jonathan Dimas
Deputy Clerk



# Superior Court of the State of California

## COUNTY OF TULARE
CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

May 31, 2019

I certify that I have searched the indices of the Superior Court of California, County of Tulare with the information provided as follows:

Name: Isabel Maria Valdez
Date of Birth: 03/06/1984

Result of search:
No criminal or traffic case filed between August 10, 2015 to August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: May 31, 2019.



Jonathan Dimas
Deputy Clerk



## Superior Court of the State of California

### COUNTY OF TULARE
CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

May 31, 2019

I certify that I have searched the indices of the Superior Court of California, County of Tulare with the information provided as follows:

Name: Isabel Maria Valdez
Date of Birth: 03/06/1984

Result of search:
No arrest and/or search warrant filed between August 10, 2015 to August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: May 31, 2019.

Jonathan Dimas
Deputy Clerk





# Superior Court of the State of California

## COUNTY OF TULARE

CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Novona Soboleski
Assistant Court Executive Officer

June 3, 2019

I certify that I have searched the indices for the Superior Court of California, County of Tulare as follows:

Name: Isabel Maria Valdez
Addresses: 560 N Lombardi St, Porterville, CA 93257
**AND**
Motel Six, 935 W Morton Ave, Porterville, CA 93257

Results of search:
No search and/or Ramey warrants filed in the Superior Court, County of Tulare between August 10, 2015 and August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: June 3, 2019.

Respectfully,

Jonathan Dimas
Deputy Clerk

**ATTACHMENT 4**



Our Fathers Home
118 S. Court St.
Visalia, Ca 93291

January 15, 2020

Dear Mrs. Mayor Flores

   Our office has tried to be in contact with you since February 2019. We have been unsuccessful. We understand that elections are coming up in November. Our office has a meeting scheduled in Porterville on February 24, 2020, at which time, we will be sharing with our community members the letters, and or emails, we have sent addressed to you, the Chief of Police and Capt. Jake Castellow all of which have gone un-answered.
   We are led to share with our community members and our families that we have the right and power, to hold elected officials accountable to their oath and promises to us. Should you like to discuss the issue at hand before this date, please feel free to contact me at your convenience. We look forward to hearing from you soon.

Thank you. God Bless.

Our Fathers Home
Advocate
Isabel M. Valdez
559.667.3608
118 S. Court St.
Visalia, Ca 93291

**ATTACHMENT 5**



Our Fathers Home
118 S. Court St.
Visalia, CA 93291
(559) 667-3608

January 14, 2020

Chief Eric Kroutil,

    My name is Isabel M. Valdez I am an Advocate with Our Fathers Home. I had been in contact with your department in regards to the issues of misconduct and the Violation of our rights by your officers and was later contacted by Captain Jake Castellow. After Meeting with Mr. Castellow in person at your department, I was advised that he would look into the case involving myself, Hector V. Gonzalez and my children: Americus B. Campos, Sierra L. Cavazos, Isaiah R. Cavazos, Dominik E. Valdez-Gonzalez, Ethan N. Valdez-Gonzalez, Hector X. Valdez-Gonzalez dated August 12, 2015 and would contact me in timely manner after his investigation. Our office has left 2 voice messages, and sent out a secondary letter to Captain Jake Castellow and as of date, no contact has been made.

    We will be holding a meeting on February 24th at 6:30pm with members of your community to share our attempts, and the letters we have sent in hopes to ensure the saftey of; past, present and future cases that your department may handle. We understand that wrongs will happen under your watch such as those of Sergeant Wayne Martin, what we fear is, that you will not protect and serve your community by working with us to fix, undo and prevent further wrongs.

    Our office intends to ask and recieve your resignation after completion of our investigation and data collection within your city of families harmed, violated, and injured, do to Officer Misconduct under your watch. We intend to hold you accountable for failure to protect our families, and those that you oversee, being that you are in the position of knowing, or should be knowing, of this conduct and have failed to protect and serve our families.

    Our letters that will be shared with the community will show the unwillingness to cooperate and work with your community to ensure the protection of our families. It will demonstrate that your were aware, and or, that an incident was brought to your attention, and ignored. This will help us in proving that you are not fit to stand as Chief of Police and have violated your oath to protect and serve.

We will be seeking families whom have tried to come to you for assistance, or those that have been silenced in fear by threats of your Officers. If you have any questions please feel free to call and schedule a time we can meet and discuss the issues at hand.

Thank you. God Bless.

Our Fathers Home
Advocate
Isabel M. Valdez
559-667-3608
118 S. Court St.
Visalia, CA 93291

✝

Our Fathers Home
Visalia, CA 93291
(559)667-3608

April 17, 2020

Srgt. Ron Moore
Porterville Police Department
350 N. D Street
Porterville, CA 93257

Srgt. Moore,

My name is Isabel Valdez Vela. Please see attached the document where it states that there was a SEARCH WARRANT for "the other defendant". The only other defendant on this said case was myself. Per my Constitutional Rights, it is my right to obtain a copy of said warrant.

No current exclusions are valid to keep from the release of this warrant being that the warrant should have produced and served at the time of execution. Please note, that their is currently a case pending to be scheduled in the Superior Court of California County of Tulare for a Violation of my rights as you neglected to release the docments sought thru the FREEDOM OF INFORMATION ACT and PRIVACY ACT REQUEST RIGHT TO KNOW ACT and PUBLIC RECORDS ACT REQUEST dated February 11, 2020.Please call to schedule a time when I may come to obtain the copy of the search warrant.
Cell: (559) 667-3608   Message: (559) 679-4269

Should you fail to comply, we will seek to amend the current case pending in the Superior Court of California County of Tulare to reflect this secondary violation of my Constitutional Rights by the same Officer and Department. We thank you for cooperation.

God Bless.

Our Fathers Home
Advocate
Isabel Valdez Vela
1611 N. Maple St.
Visalia, CA 93292
(559) 667-3608

*" I will never leave you, nor forsake you."* – Hebrews 13:5

8/14/2020                 Gmail - AMMENDED - Failure to Comply

8/14/2020

8/14/2020

8/14/2020                                     Gmail - AMMENDED - Failure to Comply

8/14/2020

8/14/2020

8/14/2020 Gmail - AMMENDED - Failure to Comply

8/14/2020

8/14/2020
Gmail - AMMENDED - Failure to Comply



Gmail

**Isabel Vela <ofh.hebrews13.5@gmail.com>**

## AMMENDED - Failure to Comply
1 message

Isabel Vela <ofh.hebrews13.5@gmail.com>                      Mon, Mar 23, 2020 at 12:45 PM
To: marthaflores@portervilleca.gov, montereyes@portervilleca.gov, danielpenaloza@portervilleca.gov, mgr-office@ci.porterville.ca.us, miltstowe@portervilleca.gov, virginiagurrola@portervilleca.gov, mpierce@mkjw.com
Bcc: Isabel Vela <ofh.hebrews13.5@gmail.com>

Martha A. Flores (Mayor), Monte Reyes (Vice-Mayor), Milt Stowe (Council Member), Daniel Penaloza (Council Member), Virginia Gurrola (Council Member), John Lollis (City Manager), Matthew C. Pierce (City Attorney)

As officials with one capacity or another to hold Porterville Police Department and the City Attorney accountable, I am notifying you via this email that Porterville Police Department and City Attorney Matthew C. Pierce is in violation of our Civil Rights.
Our office submitted a FOIA requested, Privacy Act Request, Right to know Act, and Records Act Requested dated : February 20, 2020. Mr. Pierce acknowledged receipt of said requests requesting additional FIVE days to produce documents, and as of date, has failed to comply with our request and right to request.
This email will be submitted into future proceedings intended to hold City of Porterville, Porterville Police Department, City Officials receiving this email and Mr. Matthew Pierce for Civil Rights Violations, Failure to comply, failure to protect, and violation to their oath on file.
Please receive the following attachments as our proof of service to you for the requests made in February.

--
Thank You, God Bless.

**Our Fathers Home**
**Advocate**
**Isabel Valdez Vela**
(559) 667-3608
118 S. Court St
Visalia, CA 93291
**ourfathershomehebrews135.com**

*"I will Never Leave You, Nor Forsake You." - Hebrews 13.5*

**5 attachments**

📄 **FOIA Chief Eric Kroutil.docx**
20K

📄 **FOIA Corporal Jose Dominguez.docx**
20K

📄 **FOIA Harvey Dominguez.docx**
20K

📄 **FOIA Jake Castellow.docx**
20K

📄 **FOIA Javier Dominguez.docx**
20K

https://mail.google.com/mail/u/2?ik=b4fdcd67bb&view=pt&search=all&permthid=thread-a%3Ar4049114410359320316&simpl=msg-a%3Ar685814804...  1/1