Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of California 

_____ Division

**FILED**

SEP 3 0 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ISABEL VALDEZ VELA

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**–v–**

City of Porterville: Martha Flores, Monte Reyes, Milt
Stowe, Daniel Penaloza, Virginia Guerrola, Porterville
Police Department; Ron Moore, Eric Kroutil

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    AMMENDED 1:20-cv-01151-AWI-EPG

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*    [ ] Yes    [ ] No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

**RECEIVED**

SEP 3 0 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Isabel Valdez Vela |
| Address | 1830 S. Mooney Blvd Suite 101 |

| | | |
|---|---|---|
| Visalia | Ca | 93277 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Tulare |
| Telephone Number | 559-667-3608 |
| E-Mail Address | ofh.hebrew13.5@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed. SEE ATTACHED

Defendant No. 1

| | |
|---|---|
| Name | City of Porterville |
| Job or Title *(if known)* | |
| Address | 291 N Main Street |

| | | |
|---|---|---|
| Porterville | CA | 93257 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Tulare |
| Telephone Number | 559-782-7499 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Martha Flores |
| Job or Title *(if known)* | Mayor |
| Address | 291 N Main Street |

| | | |
|---|---|---|
| Porterville | CA | 93257 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Tulare |
| Telephone Number | 559-782-7499 |
| E-Mail Address *(if known)* | marthaflores@portervilleca.gov |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Monte Reyes |
| Job or Title *(if known)* | Vice Mayor |
| Address | 291 N. Main Street |
| | Porterville | Ca | 93257 |

|            | *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Tulare |
| Telephone Number | 559-782-7499 |
| E-Mail Address *(if known)* | montereyes@portervilleca.gov |

☐ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Milt Stowe |
| Job or Title *(if known)* | Council Member |
| Address | 291 N. Main Street |
| | Porterville | CA | 93257 |

|            | *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Tulare |
| Telephone Number | 559-782-7499 |
| E-Mail Address *(if known)* | miltstowe@portervilleca.gov |

☐ Individual capacity ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
FOIA Request
Fourth Ammendment
Deprivation of Rights Under Color of Law

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any
     statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
     42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
     of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
     federal law. Attach additional pages if needed.
     My right to be secure in my person.
     Right to redress government.
     Right to have a copy of Warrant given
     Righ to go before a Magistrate to answer to the warrant

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
     City of Porterville. An officer claimed to have a search warrant on my person, thourough search thru
     Superior Court renders no warrant. Arrested and released never went before a magistratre for the
     alleged warrant. All defendant in official capacity where made aware of this false claims of an officer
     against my person, and failed to enforce the prodcution of warrant, failed to protect my person from
     being safe from these acts of treason against me.

B.   What date and approximate time did the events giving rise to your claim(s) occur?
     Notice of alleged warrant signed and given by Ron Moore on 04/19/2019. Have since attempted and
     redressed all other defendants on and for this act of treason. All defendants willingly ignored and failed
     to protect my rights, still on going presently.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
     Was anyone else involved? Who else saw what happened?)*
     Do to this false warrant, my children were removed from my care in 2015 and never returned. I lost my
     opportunity for a home, and my children where seperated and allowed no sibling visits. We have
     endured cruel and unusual punishment by the perjury, falsification and attacks on my person by those
     we have known to trust. Officers claiming warrants are in place, superior court of california states no
     warrants issued, requested obtained and or denied. I was never taken before the magisitrate that
     allegedly consented to warrant to answer to its findings. My children have been kept from. They have
     ran away,, ditched school in retaliation to these offenses. My right to be secure in my home and in my
     person will forevermore be violated should these aggressors not be held to answer. I live in fear of their
     retalliation, their continued acts to work together to keep my rights violated and my children from.
     These are acts of treason on an American family and it is our right to be protected. How do I ever call
     911 when 911 is the harm? The enemy? Who will hold them accountable if the ones in place to, help
     them cover it up? How will my person, and my children ever be secure in our persons and in our homes
     with these defendants agaisnt us?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental and emotional duress. Continued Vicitm of their wrongs against my person. Loss of home, husband, children. Freedom. I was falsy imprisoned. No miranda rights read. Unable to obtain steady employment at first do to the depression and hurt. Thought so suicide.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monetary damages as permitted by the law and as seen just in the courts eyes.

Remove each person from their positions and charged with treason to ensure the safety of our community.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          09/28/2020

Signature of Plaintiff

Printed Name of Plaintiff      Isabel Valdez Vela

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | Daniel Penaloza | | |
| Job or Title *(if known)* | Council Member | | |
| Address | 291 N. Main Street | | |
| | Porterville | Ca | 93257 |
| | *City* | *State* | *Zip Code* |
| County | Tulare | | |
| Telephone Number | 559-782-7499 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | Virginia Guerrola | | |
| Job or Title *(if known)* | Council Member | | |
| Address | 291 N. Main Street | | |
| | Porterville | CA | 93257 |
| | *City* | *State* | *Zip Code* |
| County | Tulare | | |
| Telephone Number | 559-782-7499 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
FOIA Request
Fourth Ammendment
Deprivation of Rights Under Color of Law

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | Porterville Police Department | | |
| Job or Title *(if known)* | | | |
| Address | 350 N D Street | | |
| | Porterville | Ca | 93257 |
| | *City* | *State* | *Zip Code* |
| County | Tulare | | |
| Telephone Number | 559-782-7400 | | |
| E-Mail Address *(if known)* | | | |

[ ] Individual capacity    [✔] Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | Ron Moore | | |
| Job or Title *(if known)* | | | |
| Address | 350 N D Street | | |
| | Porterville | CA | 93257 |
| | *City* | *State* | *Zip Code* |
| County | Tulare | | |
| Telephone Number | 559-782-7400 | | |
| E-Mail Address *(if known)* | | | |

[X] Individual capacity    [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
FOIA Request
Fourth Ammendment
Deprivation of Rights Under Color of Law

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name | Eric Kroutil
Job or Title *(if known)* | Chief
Address | 350 N D Street

| Porterville | Ca | 93257 |
| City | State | Zip Code |

County | Tulare
Telephone Number | 559-782-7400
E-Mail Address *(if known)* |

☑ Individual capacity    ☑ ~~Official capacity~~

Defendant No. 4

Name |
Job or Title *(if known)* |
Address |

| | | |
| City | State | Zip Code |

County |
Telephone Number |
E-Mail Address *(if known)* |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
FOIA Request
Fourth Ammendment
Deprivation of Rights Under Color of Law

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1  Isabel Valdez Vela
   1830 S Mooney Blvd
2  Suite 101
   Visalia, CA 93277
3  Ofh.hebrews13.5@gmail.com

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7  ISABEL VALDEZ VELA,                    | Case No.: 1:20-cv-01151-AWI-EPG

8          Petitioner,

9  vs.                                    | AMMENDED COMPLAINT: DEPRIVATION IF
                                          | RIGHST UNFER COLOR OF LAW,CIVIL RIGHTS
10 CITY OF PORTERVILLE: MARTHA FLORES,    | VIOLATION, FOIA VIOLATION, BREECH OF
   MONTE REYES, MILT STOWE, DANIEL        | CONTRACT
11 PENALOZA, VIRGINIA GUERROLA, PORTERVILLE
   POLICE DEPARTMENT, RON MOORE, ERIC
12 KROUTIL

13         Defendant

14          Petitioner comes before this Eastern District Court for Support in protecting her Civil Rights, her

15 person, and her right to request and obtain documents using a FOIA Request (please see attachment A). Ron Moore

16 denied the petitioner a copy of said warrant used to detain minor children in August 2015. Though the courts feel it

17 is time barred being the detainment occured in 2015, the actual denial in writing occured in 2019 by Ron Moore.

18 This was an alert of fraud and perjury, treason against my person do to the Superior Court of California County of

19 Tulare Visalia Division producing declarations that no such warrant existed.

20          The courts should find the defendants guilty and in violation of my right for everyday that has

21 passed the 20 day mark under clause (i)  of not responding to my FOIA/FREEDOM OF INFORMATION ACT

22 requesting a copy the alleged Search warrant. Every defendant was delivered a copy of attachment B, Attachment C

23 and the details of the falsified documents by Ron Moore. The alleged search warrant should have been administered

24 and present of the date of execution, it never was. I was arrested and later released on the third day without facing

25 the a Judicial Officer as the law states, for the alleged warrant.

26          Section 242 of Title 18 makes it a crime for a person acting under color of any law to wilfully

27 deprive a person of a right or privelge protected by the Constitution or laws of the United States. For the purpose of

28 AMMENDED COMPLAINT: DEPRIVATION IF RIGHST UNFER COLOR OF LAW,CIVIL RIGHTS
   VIOLATION, FOIA VIOLATION, BREECH OF CONTRACT - 1

1    Section 242 acts under "color of law" include acts not only done by federal, state, or local officials within their

2    lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while

3    the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under

4    color of law within the meaning of this statue include **POLICE OFFICERS,** prison guards and **OTHER LAW**

5    **ENFORCEMENT OFFICIALS,** as well as judges, care providers in public health facilities, and **OTHERS WHO**

6    **ARE ACTING AS PUBLIC OFFICIALS.**

7            Every defendant is an officer of the law, and or a public official whom was made aware of the

8    issue per the time was barred, each officer and offical intentionally,maliciously ignored the violations against my

9    person, by willfully and intentionally ignoring the complaints set forth before them. This should demonstrate Courts

10   that the defendants in person, as an entity and as a whole, participate in the Civil Rights Violations of its Community

11   Members and use their power, authority and knowledge of the time barr in place to bring intentional harm on its

12   people.

13           Petitioner names Porterville Police Department and City of Porterville as Defendants in the matter

14   do to each defendant being sought in the matter to serve and protect as they are binded by oath and office to do so

15   regarding the matter at hand, all defendants willingly ignored the evidence produced, the emails, and letters

16   submitted attempting to protect my person from the civil rights occuring therefore each has falied to protect the

17   Constitution and therefor should be seen and taken as acts of treason. Failure of this court to intervene and redress

18   the City and its Officials, you to will fail to protect and defend the Constitution from all enemies foreign and

19   domestic.

20           For the points and auhtorities submitted here above, the courts responsibility to its people and to

21   my person is to accept this matter and have it heard to ensure the protection of our community and the rights set to in

22   the Constitution to protect its people from this great harm.

23   PLEASE TAKE NOTE OF ALL RECENT DATES & ATTEMPTS

24           Dated this 28th day of September, 2020.

25

26                                                        Petitioner

27

28   AMMENDED COMPLAINT: DEPRIVATION IF RIGHST UNFER COLOR OF LAW,CIVIL RIGHTS
     VIOLATION, FOIA VIOLATION, BREECH OF CONTRACT - 2

**ATTACHMENT "A"**



Our Fathers Home
118 S. Court St.
Visalia, CA 93291
(559)667-3608

March 14, 2020

Chief Kroutil
Porterville Police Department
350 N. D St. Porterville, CA 93257

*Via Email and U.S. Mail*

**RE: Request for Public Records Regarding "August 12, 2015 arrest, detainment, of Isabel M.
Valdez and Hector V. Gonzalez"**

To Whom It May Concern:

I request the release of records under the California Public Records Act, Gov't Code §§
6250 *et seq*., California Penal Code §§832.7-832.8, and Art. I, § 3(b) of the California
Constitution. I seek copies of all records1 in your office's possession, regardless of who created
them. Please provide all records from the date of the above-mentioned incident until the date
that this request was received.

I seek a copy of all records relating to the report, investigation, findings and
administrative discipline related to "Arrest August 12, 2015 of Isabel M. Valdez and Hector V. Gonzalez.
Records include all investigative reports; photographic, audio, and video evidence; transcripts or
recordings of interviews; autopsy reports; all materials compiled and presented for review to the district
attorney or to any person or body charged with determining whether to file criminal charges
against an officer in connection with an incident, or whether the officer's action was consistent
with law and agency policy for purposes of discipline or administrative action, or what discipline
to impose or corrective action to take; documents setting forth findings or recommended
findings; and copies of disciplinary records relating to the incident, including any letters of intent
to impose discipline, any documents reflecting modifications of discipline due to the Skelly or
grievance process, and letters indicating final imposition of discipline or other documentation
reflecting implementation of corrective action.

Please respond to this request in ten days, either by providing the requested information
or providing a written response setting forth the specific legal authority on which you rely in
failing to disclose each requested record, or by specifying a date in the near future to respond to
the request. See Cal. Gov't Code § 6255. Pursuant to section 6253, please disclose all reasonably

segregable non-exempt information from any portions of records you claim are exempt from
disclosure.

*" I will never leave you, nor forsake you. "* – Hebrews 13:5



Our Fathers Home
118 S. Court St.
Visalia, CA 93291
(559)667-3608

If any records requested above are available in electronic format, please provide them in an electronic format, as provided in Govt. Code § 6253.9. To assist with the prompt release of responsive material, we ask that you make records available to us as you locate them, rather than waiting until all responsive records have been collected and copied.

Please send any documents in electronic format to ofh.hebrews13.5@gmail.com . Otherwise, please mail your response to:

Our Fathers Home
Isabel Valdez Vela
118 S. Court St. Visalia CA 93291

Because I ~~AM THE PARENT/SIBLING OF THE INDIVIDUAL KILLED/~~<u>AM THE INDIVIDUAL INJURED IN THE ABOVE INCIDENT</u>/~~AM THE COMPLAINANT IN THE ABOVE INCIDENT/REPRESENT A NON-PROFIT,~~ <u>PUBLIC INTEREST ORGANIZATION THAT INTENDS TO FREELY DISTRIBUTE THIS INFORMATION</u> I request that you waive any fees. *North Cty. Parents Ass'n v. Dep't of Ed.*, 23 Cal. App. 4th 144, 148 (1994); Cal. Gov. Code §6253(e). However, should you be unable to do so, OUR FATHERS HOME will reimburse your agency for the "direct costs" of copying these records plus postage. If you anticipate these costs to exceed $100.00, please notify me in writing and via email: ofh.hebrews13.5@gmail.com prior to making the copies.
Thank you in advance for providing the records we have requested. Please do not hesitate to contact me with any questions regarding this letter.

Sincerely,

Our Fathers Home
Isabel Valdez Vela
(559) 667-3608
ourfathershomehebrews135.com

---

1 The term "records" as used in this request is defined as "any writing containing information relating to the conduct of the public's business prepared, owned, used, or retained by any state or local agency regardless of physical form or characteristics." Cal. Govt. Code § 6252, subsection (e). "Writing" is defined as "any handwriting, typewriting, printing, photostating, photographing, photocopying, transmitting by electronic mail or facsimile, and every other means of recording upon any tangible thing any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof, and any record thereby created, regardless of the manner in which the record has been stored." Cal. Govt. Code § 6252 (g).

*" I will never leave you, nor forsake you."* – Hebrews 13:5

CERTIFIED MAIL #_____

FREEDOM OF INFORMATION ACT and PRIVACY ACT REQUEST
RIGHT TO KNOW ACT and PUBLIC RECORDS ACT REQUEST

To:
Sergeant Ron Moore and aliases
Ron Moore and aliases
350 N. D St
Porterville, CA 93257

*Notice to principal is Notice to agent*
*Notice to agent is notice to principal*

From:
Our Fathers Home
Advocate
Isabel Valdez Vela
C/O 118 S.Court St
Visalia California (93291)

February 11, 2020
Account: Ron Moore and Aliases, Detective Sergeant Ron Moore and Aliases

Dear Sir, Peace Officer, Detective:
1. This is a request under the Freedom of Information Act and/or Privacy Act. 5 USC 522/Right to know Act SB1421/Public Records Act (PRA) and appropriate regulations there under.  If this request is addressed to the improper
party please forward to the proper party immediately with a letter of acknowledgment of such forwarding to Requester.
2. Requester is making this in the classification of "Requester".
3. If some or all of request is exempt from release, please send those portions segregated and provide detailed justification concerning the information that you are not releasing.
4. Requester is asking/seeking for copy of your Oath and Bond on File.
5. Requester is asking/seeking Service Records for Ron Moore and aliases, Detective Sergeant Ron Moore and aliases beginning to present.
6. Requester is asking/seeking for records of any misconducts on, against, for, with, dismissed, unfounded, found true for Ron Moore and aliases, Detective Sergeant Ron Moore and aliases.
7. Requester is asking/seeking  number of confidential files pertaining to,of,with, the person of Ron Moore and aliases, Detective Sergeant Ron Moore.
8. Requester is asking/seeking for personnel/personal or similar files, investigatory files, records of investigations, any file maintained under peace officer(s) name /alias, complaints, investigation of complaints, employee advancement, list of all known alias.
9. Requester is asking for contracts with other offices/courts/agencies/non-profits/for profits/charities/organizations/law offices/persons, and those not mentioned here in; that you are affiliated with, support, sponsor, contribute to, host, work with, affiliated with directly or indirectly, and thru and with the help/support of a third party.

10. Requester is asking for a list of employees/paid volunteers and their titles/postitions past and present.

11. Requester is asking and seeking for transparency in affiliation with Child Welfare Services, Child Protective Services, Health and Human Services Agency, Health and Human Services, Family Services, Family Services of Tulare County, Tulare County, Foster Care, Foster Agencies, Resource Parents.

12. Requester is asking/seeking a list of all known family members of/to Ron Moore and aliases, Detective Sergeant Ron Moore and aliases associated, employed, volunteering, investsing into, funding, supporting, involvements to those in support of, similar, same to, owned, operated, funded, supported, linked to, tied into directly, indirectly, by third party to/with Ron Moore and aliases, Detective Sergeant Ron Moore and aliases, Child Welfare Services, Child Protective Services, Health and Human Services Agency, Health and Human Services, Family Services, Family Services of Tulare County, Tulare County, Foster Care, Foster Agencies, Resource Parents.

13. Requester is asking/seeking a list of all known family members to Ron Moore and aliases, Detective Sergeant Ron Moore and aliases associated, employed, volunteering, investsing into, funding, supporting, involvements to those in support of, similar, same to, owned, operated, funded, supported, linked to, tied into directly indirectly to Porterville Police Department and all substations.

14. Requester is asking/seeking a list of all known family members to Ron Moore and aliases, Detective Sergeant Ron Moore and aliases associated, employed, volunteering, investsing into, funding, supporting, involvements to those in support of, similar, same to, owned, operated, funded, supported, linked to, tied into directly, indirectly, by third party to/with Child Welfare Services, Child Protective Services, Health and Human Services Agency, Health and Human Services, Family Services, Family Services of Tulare County, Tulare County.

15. Requester is asking and seeking affiliations and contracts directly, indirectly, by/thru third party with Tulare County, Child Welfare Services and Employees, Child Protective Services, Family Services, Family Services of Tulare County, Tulare County Health and Human Services Agency, Tulare County Health and Human Services and other known entities, agencies, charities, businesses, Non-profits, For-profits, and Ron Moore and aliases, Detective Sergeant Ron Moore and aliases.

16. Chair, Council, Investors, founders, supporters names and affiliations past, present having/had affilaition(s) with Ron Moore and aliases, Detective Sergeant Ron Moore and aliases directly, indirectly thru and with third party involvment thru and with Tulare County and any known contract holders, signers.

17. History of any and all charitable contributions, pay outs, pay offs, investments, gifts, donations, sponsorships from your office/agency/person/aliases/wife/children/next of kin/third party to those you are affiliated with directly, indirectly, or thru a third party.

18. Past, Present Affiliations, Contracts with/between Ron Moore and aliases, Detective Sergeant Ron Moore and aliases, wife, children, next of kin, extended family, third party and person(s)/entities, agencies, businesses, investments, partnerships and anyother invovlment directly, indirectly, thru/with third party with Tulare County Health and Human Services Agency, Health and Human Services, Family Services, Child Welfare Service,Child Protective Services, Foster Care, Foster Home, Adoption Agencies, Resource Parents, Superior Court of California, Privately/County/State owned/operated Businesses, Law Firms, Agencies, Persons, Non- Profits, For Profits, Charities and other

not mentioned here in, directly or in directly to conduct business, gain profit, support, direct, invest, promote, partner with, align, work with, guide, counsel, receive from, give to, and anyother known and unknown connection with.

19. Please send Requester un-tampered, unaltered, legible, concise and complete copy of the following existing records and/or transcript(s) via U.S Certified mail, Signature of reciept required to : 118 S. Court St. Visalia, CA 93291 Attn: Our Fathers Home Advocate, Isabel Valdez Vela.

The California Public Records Act requires a response within ten business days. If access to the records I am requesting will take longer, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank You, God Bless.

Requester, Advocate, Isabel Valdez Vela

Because I AM THE PARENT/SIBLING OF THE INDIVIDUAL KILLED/AM THE INDIVIDUAL INJURED IN THE ABOVE INCIDENT/AM THE COMPLAINANT IN THE ABOVE INCIDENT/REPRESENT A NON-PROFIT, PUBLIC INTEREST ORGANIZATION THAT INTENDS TO FREELY DISTRIBUTE THIS INFORMATION I request that you waive any fees. *North Cty. Parents Ass'n v. Dep't of Ed.*, 23 Cal. App. 4th 144, 148 (1994); Cal. Gov. Code §6253(e). However, should you be unable to do so, OUR FATHERS HOME will reimburse your agency for the "direct costs" of copying these records plus postage. If you anticipate these costs to exceed $30.00, please notify me in writing **and** via email: ofh.hebrews13.5@gmail.com prior to making the copies.



Our Fathers Home
118 S. Court St.
Visalia, CA 93291
(559)667-3608

March 14, 2020

Matthew C. Pierce
Reg:
Porterville Police Department
350 N. D St. Porterville, CA 93257
mpierce@mkjw.com

*Via Email and U.S. Mail*

### RE: Request for Public Records Regarding "August 12, 2015 arrest, detainment, of Isabel M. Valdez and Hector V. Gonzalez"

To Whom It May Concern:

I request the release of records under the California Public Records Act, Gov't Code §§ 6250 *et seq*., California Penal Code §§832.7-832.8, and Art. I, § 3(b) of the California Constitution. I seek copies of all records1 in your office's possession, regardless of who created them. Please provide all records from the date of the above-mentioned incident until the date that this request was received.

I seek a copy of all records relating to the report, investigation, findings and administrative discipline related to "Arrest August 12, 2015 of Isabel M. Valdez and Hector V. Gonzalez. Records include all investigative reports; photographic, audio, and video evidence; transcripts or recordings of interviews; autopsy reports; all materials compiled and presented for review to the district attorney or to any person or body charged with determining whether to file criminal charges against an officer in connection with an incident, or whether the officer's action was consistent with law and agency policy for purposes of discipline or administrative action, or what discipline to impose or corrective action to take; documents setting forth findings or recommended findings; and copies of disciplinary records relating to the incident, including any letters of intent to impose discipline, any documents reflecting modifications of discipline due to the Skelly or grievance process, and letters indicating final imposition of discipline or other documentation reflecting implementation of corrective action.

Please respond to this request in ten days, either by providing the requested information or providing a written response setting forth the specific legal authority on which you rely in failing to disclose each requested record, or by specifying a date in the near future to respond to the request. See Cal. Gov't Code § 6255. Pursuant to section 6253, please disclose all reasonably

*" I will never leave you, nor forsake you."* – Hebrews 13:5



Our Fathers Home
118 S. Court St.
Visalia, CA 93291
(559)667-3608

segregable non-exempt information from any portions of records you claim are exempt from
disclosure.

If any records requested above are available in electronic format, please provide them in
an electronic format, as provided in Govt. Code § 6253.9. To assist with the prompt release of
responsive material, we ask that you make records available to us as you locate them, rather than
waiting until all responsive records have been collected and copied.

Please send any documents in electronic format to ofh.hebrews13.5@gmail.com . Otherwise,
please mail your response to:

Our Fathers Home
Isabel Valdez Vela
118 S. Court St. Visalia CA 93291

Because I ~~AM THE PARENT/SIBLING OF THE INDIVIDUAL KILLED/~~AM THE
INDIVIDUAL INJURED IN THE ABOVE INCIDENT~~/AM THE COMPLAINANT IN THE~~
~~ABOVE INCIDENT/REPRESENT A NON-PROFIT,~~ PUBLIC INTEREST ORGANIZATION
THAT INTENDS TO FREELY DISTRIBUTE THIS INFORMATION I request that you waive
any fees. *North Cty. Parents Ass'n v. Dep't of Ed.*, 23 Cal. App. 4th 144, 148 (1994); Cal. Gov.
Code §6253(e). However, should you be unable to do so, OUR FATHERS HOME will reimburse
your agency for the "direct costs" of copying these records plus postage. If you anticipate these
costs to exceed $100.00, please notify me in writing and via email: ofh.hebrews13.5@gmail.com prior to
making the copies.
Thank you in advance for providing the records we have requested. Please do not hesitate
to contact me with any questions regarding this letter.

Sincerely,

Our Fathers Home
Isabel Valdez Vela
(559) 667-3608
ourfathershomehebrews135.com

---

1 The term "records" as used in this request is defined as "any writing containing information relating to the conduct
of the public's business prepared, owned, used, or retained by any state or local agency regardless of physical form
or characteristics." Cal. Govt. Code § 6252, subsection (e). "Writing" is defined as "any handwriting, typewriting,
printing, photostating, photographing, photocopying, transmitting by electronic mail or facsimile, and every other
means of recording upon any tangible thing any form of communication or representation, including letters, words,
pictures, sounds, or symbols, or combinations thereof, and any record thereby created, regardless of the manner in
which the record has been stored." Cal. Govt. Code § 6252 (g).

*" I will never leave you, nor forsake you."* – Hebrews 13:5

CERTIFIED MAIL #_____

FREEDOM OF INFORMATION ACT and PRIVACY ACT REQUEST
RIGHT TO KNOW ACT and PUBLIC RECORDS ACT REQUEST

To:
Chief of Police Eric Kroutil and Aliases
350 N. D St
Porterville, CA 93257

*Notice to principal is Notice to agent*
*Notice to agent is notice to principal*

From:
Our Fathers Home
Advocate
Isabel Valdez Vela
C/O 118 S.Court St
Visalia California (93291)


February 11, 2020
Account:  Eric Kroutil and Aliases

Dear Chief

1. This is a request under the Freedom of Information Act and/or Privacy Act. 5 USC 522/Right to know Act SB1421/Public Records Act (PRA) and appropriate regulations there under.  If this request is addressed to the improper
party please forward to the proper party immediately with a letter of acknowledgment of such forwarding to Requester.
2. Requester is making this in the classification of "Requester".
3. If some or all of request is exempt from release, please send those portions segregated and provide detailed justification concerning the information that you are not releasing.
4. Requester is asking/seeking for copy of your Oath and Bond on File.
5. Requester is asking/seeking Service Records for Eric Kroutil and aliases beginning to present.
6. Requester is asking/seeking for records of any misconducts on, against, for, with, dismissed, unfounded, found true for Eric Kroutil and aliases.
7. Requester is asking/seeking  number of confidential files pertaining to,of,with, the person of Eric Kroutil and aliases.
8. Requester is asking/seeking for personnel/personal or similar files, investigatory files, records of investigations, any file maintained under peace officer/chiefs name/alias, complaints, investigation of complaints, employee advancement, list of all known alias.
9. Requester is asking for contracts with other offices/courts/agencies/non-profits/for profits/charities/organizations/law offices/persons, and those not mentioned here in; that you are affiliated with, support, sponsor, contribute to, host, work with, affiliated with directly or indirectly, and thru and with the help/support of a third party.
10. Requester is asking for a list of employees/paid volunteers and their titles/postitions past and present.

11. Requester is asking and seeking for transparency in affiliation with Child Welfare Services, Child Protective Services, Health and Human Services Agency, Health and Human Services, Family Services, Family Services of Tulare County, Tulare County, Foster Care, Foster Agencies, Resource Parents.

12. Requester is asking/seeking a list of all known family members of/to Eric Kroutil and aliases associated, employed, volunteering, investsing into, funding, supporting, involvements to those in support of, similar, same to, owned, operated, funded, supported, linked to, tied into directly, indirectly, by third party to/with Eric Kroutil and aliases, Child Welfare Services, Child Protective Services, Health and Human Services Agency, Health and Human Services, Family Services, Family Services of Tulare County, Tulare County, Foster Care, Foster Agencies, Resource Parents.

13. Requester is asking/seeking a list of all known family members to Eric Kroutil and aliases associated, employed, volunteering, investsing into, funding, supporting, involvements to those in support of, similar, same to, owned, operated, funded, supported, linked to, tied into directly indirectly to Porterville Police Department and all substations.

14. Requester is asking/seeking a list of all known family members to Eric Kroutil and aliases associated, employed, volunteering, investsing into, funding, supporting, involvements to those in support of, similar, same to, owned, operated, funded, supported, linked to, tied into directly, indirectly, by third party to/with Child Welfare Services, Child Protective Services, Health and Human Services Agency, Health and Human Services, Family Services, Family Services of Tulare County, Tulare County.

15. Requester is asking and seeking affiliations and contracts directly, indirectly, by/thru third party with Tulare County, Child Welfare Services and Employees, Child Protective Services, Family Services, Family Services of Tulare County, Tulare County Health and Human Services Agency, Tulare County Health and Human Services and other known entities, agencies, charities, businesses, Non-profits, For-profits, and Eric Kroutil and aliases.

16. Chair, Council, Investors, founders, supporters names and affiliations past, present having/had affilaition(s) with Eric Kroutil and aliases directly, indirectly thru and with third party involvment thru and with Tulare County and any known contract holders, signers.

17. History of any and all charitable contributions, pay outs, pay offs, investments, gifts, donations, sponsorships from your office/agency/person/aliases/wife/children/next of kin/third party to those you are affiliated with directly, indirectly, or thru a third party.

18. Past, Present Affiliations, Contracts with/between Eric Kroutil and aliases, wife, children, next of kin, extended family, third party and person(s)/entities, agencies, businesses, investments, partnerships and anyother invovlment directly, indirectly, thru/with third party with Tulare County Health and Human Services Agency, Health and Human Services, Family Services, Child Welfare Service,Child Protective Services, Foster Care, Foster Home, Adoption Agencies, Resource Parents, Superior Court of California, Privately/County/State owned/operated Businesses, Law Firms, Agencies, Persons, Non- Profits, For Profits, Charities and other not mentioned here in, directly or in directly to conduct business, gain profit, support, direct, invest, promote, partner with, align, work with, guide, counsel, receive from, give to, and anyother known and unknown connection with.

19. Please send Requester un-tampered, unaltered, legible, concise and complete copy of the following existing records and/or transcript(s) via U.S Certified mail, Signature of reciept required to : 118 S. Court St. Visalia, CA 93291 Attn: Our Fathers Home Advocate, Isabel Valdez Vela.

The California Public Records Act requires a response within ten business days. If access to the records I am requesting will take longer, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank You, God Bless.

Requester, Advocate, Isabel Valdez Vela

Because I AM THE PARENT/SIBLING OF THE INDIVIDUAL KILLED/AM THE INDIVIDUAL INJURED IN THE ABOVE INCIDENT/AM THE COMPLAINANT IN THE ABOVE INCIDENT/REPRESENT A NON-PROFIT, PUBLIC INTEREST ORGANIZATION THAT INTENDS TO FREELY DISTRIBUTE THIS INFORMATION I request that you waive any fees. *North Cty. Parents Ass'n v. Dep't of Ed.*, 23 Cal. App. 4th 144, 148 (1994); Cal. Gov. Code §6253(e). However, should you be unable to do so, OUR FATHERS HOME will reimburse your agency for the "direct costs" of copying these records plus postage. If you anticipate these costs to exceed $30.00, please notify me in writing **and** via email: ofh.hebrews13.5@gmail.com prior to making the copies.

 **Gmail**                                    **Isabel Vela <ofh.hebrews13.5@gmail.com>**

## AMMENDED - Failure to Comply
1 message

**Isabel Vela** <ofh.hebrews13.5@gmail.com>                     Mon, Mar 23, 2020 at 12:45 PM
To: marthaflores@portervilleca.gov, montereyes@portervilleca.gov, danielpenaloza@portervilleca.gov, mgr-office@ci.porterville.ca.us, miltstowe@portervilleca.gov, virginiagurrola@portervilleca.gov, mpierce@mkjw.com
Bcc: Isabel Vela <ofh.hebrews13.5@gmail.com>

Martha A. Flores (Mayor), Monte Reyes (Vice-Mayor), Milt Stowe (Council Member), Daniel Penaloza (Council Member), Virginia Gurrola (Council Member), John Lollis (City Manager), Matthew C. Pierce (City Attorney)

As officials with one capacity or another to hold Porterville Police Department and the City Attorney accountable, I am notifying you via this email that Porterville Police Department and City Attorney Matthew C. Pierce is in violation of our Civil Rights.
Our office submitted a FOIA requested, Privacy Act Request, Right to know Act, and Records Act Requested dated : February 20, 2020. Mr. Pierce acknowledged receipt of said requests requesting additional FIVE days to produce documents, and as of date, has failed to comply with our request and right to request.
This email will be submitted into future proceedings intended to hold City of Porterville, Porterville Police Department, City Officials receiving this email and Mr. Matthew Pierce for Civil Rights Violations, Failure to comply, failure to protect, and violation to their oath on file.
Please receive the following attachments as our proof of service to you for the requests made in February.

--
Thank You, God Bless.

**Our Fathers Home**
**Advocate**
**Isabel Valdez Vela**
(559) 667-3608
118 S. Court St
Visalia, CA 93291
**ourfathershomehebrews135.com**

*"I will Never Leave You, Nor Forsake You." - Hebrews 13.5*

**5 attachments**

 **FOIA Chief Eric Kroutil.docx**
20K

**FOIA Corporal Jose Dominguez.docx**
20K

**FOIA Harvey Dominguez.docx**
20K

 **FOIA Jake Castellow.docx**
20K

 **FOIA Javier Dominguez.docx**
20K



Our Fathers Home
118 S. Court St.
Visalia, Ca 93291

January 15, 2020

Dear Mrs. Mayor Flores

   Our office has tried to be in contact with you since February 2019. We have been
unsuccessful. We understand that elections are coming up in November. Our office has a
meeting scheduled in Porterville on February 24, 2020, at which time, we will be sharing with
our community members the letters, and or emails, we have sent addressed to you, the Chief of
Police and Capt. Jake Castellow all of which have gone un-answered.
   We are led to share with our community members and our families that we have the right
and power, to hold elected officials accountable to their oath and promises to us. Should you
like to discuss the issue at hand before this date, please feel free to contact me at your
convenience. We look forward to hearing from you soon.

Thank you. God Bless.

Our Fathers Home
Advocate
Isabel M. Valdez
559.667.3608
118 S. Court St.
Visalia, Ca 93291

**ATTACHMENT "B"**



**Our Fathers Home**
118 S. Court St. Visalia, CA 93291

# PLEASE READ AND SHARE

## Our Fathers Home
Advocates
**Isabel and Omar Vela Jr.**
**(559) 667-3608   (559) 679-4269**

Visit us:
**ourfathershomehebrews135.com**

If you or a loved one has fallen victim to CWS/CPS and or Law Enforcement Corruption, Please contact our office today.



**Our Fathers Home**
118 S. Court St. Visalia, CA 93291
(559) 667-3608

*Proverbs 27:17: "Iron sharpens iron, and one man sharpens another."*

I would like to share with you the followig truths that place our families in the hands of danger everyday for it is Biblical I do so:

*Matthew 18:15-17: [15] "If your brother or sister[a] sins,[b] go and point out their fault, just between the two of you. If they listen to you, you have won them over. [16] But if they will not listen, take one or two others along, so that 'every matter may be established by the testimony of two or three witnesses.'[c] [17] If they still refuse to listen, tell it to the church; and if they refuse to listen even to the church, treat them as you would a pagan or a tax collector.*

I have already gone directly to every person in authority involved in this case as it states biblically to do so, now I turn to the church... YOU as I am guided to.

My children where legally-Illegally kidnapped from me by those we are supposed to trust and believe in.... Porterville Police Department. Detective Harvey Dominguez presented himself onto the property of Motel 6 in August 2015 under the false pretense of having a warrant of arrest for Hector V. Gonzalez. Please see attachment 1, where upon investigating, Srgt. Ron Moore from Porterville Police Department was so kind as to clarify that there in fact was no warrant for Hector V. Gonzalez.

I wrote to Chief Eric Kroutil and cc'd Mayor of Porterville Martha Flores about my concerns regarding the way Officers handle cases, Chief Eric Kroutil was so kind as to never make contact, but forward my letter to Capt. Jake Castellow. Mayor Martha Flores was so kind to just ignore the concerns of a vicitm in her city, not once showing a little care or empathy to the situation involving innocence.

Capt. Jake Castellow became defensive (as one is expected to) when accusations of : Kidnapping by his fellow officers, Drugs missing, jewlery missing, falsified reports, violations of Constitutional rights ect. hit his ears and his heart. He shook my hand and looked me in the eyes and said he would look into it and get back to me. Sadly... that Capt. has never made contact with his victim again. Calls go unanswered, messages go unreturned. How are these the men we are to trust? If I encourage my families to trust them and talk to them, I am setting them up for failure.

Srgt. Ron Moore AFTER my meet with Capt. Jake Castellow notes on his form returned to Hector V. Gonzalez, that the SEARCH WARRANT was for the OTHER defendant, NEVER for HIM. Please see attachment 2. I believe this be the way to put the attack on me being that I am the one voicing their errors. I gave him the benefit of the doubt, I requested a copy of the warrant. It is my right as a United

States Citizen to be presented with the SEARCH WARRANT at the time it is being carried out. Once I requested a copy it was denied. Thats ok. God led me to do a search thru the Tulare County Superior Court House County of Tulare, where I recieved a court sealed declaration stating that no : SEARCH WARRANT, RAMEY WARRANT, ARREST WARRANTwas ever REQUESTED, OBTAINED, DENIED, pertaining to my person: Isabel M. Valdez please see attachment 3.  According to: Coolidge v. Hampshire, 403 U.S. 443 (1971) only Judges and Madgistrates can issue search warrants. If their in fact was a search warrant as Srgt. Ron Moore signes off stating, it would need to come from a Judge, the court would have a copy of it.

What confirms even more so their persistance to cover up their wrongs is this: In order to have a Search Warrant you need to tell the Judge the location of your search and what you are searching for 4th Amendment of The United States of America:

"*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation,* **and particularly describing the place to be searched, and the persons or things to be seized.**"

Detective Harvey Dominguez and the officers working under his supervision went to a location on Lombardi St., I was no longer present there. I was at Motel 6. The warrrant would have not had the correct address. Furthermore... in attachment 3 you will see that the Superior Court of California County of Tulare stamped sealed a declaration stating that there in fact NEVER was a RAMEY WARRANT or SEARCH WARRANT for either properties that these officers claim their to be. This is why Srgt. Ron Moore used a govt. Code to keep me from obtaining a document that does not exist.

I did in fact disclose to Det. Harvery Dominguez of Porterville Police Department that in the motel room their was 2 eight balls of Meth., 2 smoking devices, I did in fact test positive for Meth AFTER a blood test, and so did Hector V. Gonzalez, I was in fact held on a 1 million dollar bond accouding to Alladin Bail Bonds the night I called while in custody, we BOTH were released on the 3rd day WITHOUT facing the Judge. No criminal charges against us AND our DRUGS, and JEWLERY, where never submitted into evidence to be used against us. Why not? God led to me to continue investigating and then confirmed the following: after speaking to some INFORMANTS Officers at times hand them money, and drugs to continue their work as informants. This could be the reason as to why my drugs where never logged into evidence and used against me in the court of law. Actions,accusations, and current charges through the Visalia Superior Court House against other Officers: Bryan Ferrreira and Shane Logan stand to confirm as these statements are true, being that informants now come forward as witnesses against them for such actions.

CORRUPTION like this, is what is destroying our homes and our streets. Three prominent people in this community that have the power and voice to stand against this corruption, go along with it:

City Mayor Martha Flores – who is up for re-election in November. How can a woman face her community and say she stands as a voice for us, when she ignores the cry of a victim? She has been mailed, and emailed letters and pleas to look into the matter, and she ignores. Please see attachment 4 the most recent email, emailed to her city email. No answer. Shame on us if we allow her to face us, ask for our vote.. and we give it. *Luke 17:3 "Pay attention to yourselves! If your brother sins, rebuke him, and if he repents, forgive him.*

Vice Mayor Monte Reyes whom was forwarded a copy of the letter sent Mayor Flores via email to email address: montereyes@portervilleca.gov on Jan 15, 2020 at 10:12am making him aware that their was an issue, but failed to acknowledge and uphold his responsibilities to this city.

Please see attachment 5, our most recent intent to communicate via mail with : Chief Eric Kroutil whom took postition as  Chief AFTER the previous Chief was found to be acting injustily, abusing funds, ect. Its a generational curse within the walls of Porterville Police Department. Chief after Chief, failing the people of their community and needing to be exposed in a manner such as this because they can not face their errors. Do we continue this generational curse and allow him to continue to be in a position that will in fact hurt the generations to come, or do we ask him to step down and end the curse with him? As a church.. We Must;

Proverbs 24:24-25 Whoever say to the wicked, "You are in the Right," will be cursed by the people abhorred by the nations, but those you **REBUKE** the wicked **WILL HAVE** delight **AND A GOOD BLESSING** will come upon them."

I in fact am giving Mayor Martha Flores and Chief Eric Kroutil (or authorized representatives) a copy of this **BEFORE** placing it in your very hands and inviting them to surrender and do righteous as the law of God **AND** man tells them to. If they address the issue and make right, they have surrendered and asked Christ for forgiveness and guidance, if they have not/ do not, we as the Church, for our salvation and the generations to come, need to stand firm in the word of God and rebuke these members from their postion and authority over us. We need to hold accountable: Det. Harvey Dominguez, Srgt. Ron Moore, Cptn. Jake Castellow, for not upholding their oath on file to PROTECT and SERVE even if it means, protecting us from them.

I have shared these concerns and this story with Mr. Reggie Ellis whom is President and Publisher of the Sun Gazette. He states he is interested in this story and shows interest in helping the families that support his paper get truth and justice. I pray he is a man that keeps his word.

### _Galatians 6:2: Bear one anothers burdens, and so fulfill the law of Christ._

With this I urge you if you have fallen a victim to the wrongs and corruption of Porterville Police Department, Our Mayor Martha Flores, please contact our office.

**Our Fathers Home**
**Advocate**
**Isabel M. Valdez Vela**
**(559) 667-3608**
**velaisabel84@gmail.com**
**118 S. Court St. Visalia, CA 93291**

**Community Meeting Scheduled for :**
**February 24, 2020**
**450 N. Newcomb Porterville, CA 93257**

*Sorry we missed you. Please text us so you are invited to the next one*

** Messages sent to Detective Harvey's personal messenger account pleading for his help, are available for view upon request**

**ATTACHMENT 1**

A

# PORTERVILLE POLICE DEPARTMENT
## Application for Release of Information

Date & Time of Occurrence: _____    Report# **15-5168**

Type of Report    [ ] Traffic Collision    [X] Crime    Porterville Police Department

Location of Incident: _____    APR 15 2019

*CC*

Received

**Party of Interest (Please Check One)**

[ ] Person Involved:
   Driver, Passenger, Pedestrian or Victim

[ ] Property Owner

[ ] Authorized Representative of Victim
   (Signed Authorization is Required)

[ ] Parent / Guardian of Juvenile Party

[ ] Press

[ ] Representative of Insurance Company or
   Insurance Adjusting Agency

[ ] Attorney

[X] Party Accused of Crime

[ ] Victim

[ ] Other Party of Interest (Specify)

NEED COPY for Search warrant and Arrest warrant for
**Certification:** NEED proof in writing please.    8-10-15 to
8-17-15

I declare under penalty of perjury that [X] I am [ ] I represent [ ] I am an attorney representing the party of
interest identified in the report recorded hereon.

Hector Gonzalez
Printed Name    Signature

25015 Ave 196 Strathmore    4-15-19
Address / Phone    Date
Ca. 93267  (559) 586-3125

**Records Information:**    Called Hector on 4/19/19
Hector will p/u copy of
[ ] Copy Released    [X] Denied    this form. CC

Reason of Denial  THERE IS NO ARREST WARRANT ASSOCIATED TO THIS CASE AND
THE SEARCH WARRANT DOES NOT PERTAIN TO MR. GONZALEZ (PERTAINS
TO OTHER DEFENDANT).

D Moore    4-19-19
Services Supervisor    Date

12/13

# ATTACHEMENT 2

## PORTERVILLE POLICE DEPARTMENT
### Application for Release of Information

Date & Time of Occurrence: _____          Report# __15-5168__

Type of Report     [ ] Traffic Collision      [X] Crime          Porterville Police Department

Location of Incident: _____          APR 15 2019

CC

Received

Party of Interest (Please Check One)

[ ] Person Involved:                         [ ] Representative of Insurance Company or
    Driver, Passenger, Pedestrian or Victim        Insurance Adjusting Agency

[ ] Property Owner                           [ ] Attorney

[ ] Authorized Representative of Victim      [X] Party Accused of Crime
    (Signed Authorization is Required)

[ ] Parent / Guardian of Juvenile Party      [ ] Victim

[ ] Press                                    [ ] Other Party of Interest (Specify)

Certification: _NEED COPY for Search warrant and Arrest warrant for_
_NEED proof in writting please._          _8-10-15 to_
                                          _8-17-15_

I declare under penalty of perjury that [X] I am [ ] I represent [ ] I am an attorney representing the party of
interest identified in the report recorded hereon.

_Hector Gonzalez_                         _(signature)_
Printed Name                              Signature

_25015 Ave 196 Strathmore_                _4-15-19_
Address / Phone                           Date
_CA. 93267 (559) 586-3125_

Records Information:                       _Called Hector on 4/19/19_
                                           _Hector will p/u copy of_
[ ] Copy Released     [X] Denied           _this form. ce_

Reason of Denial _THERE IS NO ARREST WARRANT ASSOCIATED TO THIS CASE AND_
_THE SEARCH WARRANT DOES NOT PERTAIN TO MR. GONZALEZ (PERTAINS_
_TO OTHER DEFENDANT)._

_D Moore_                                  _4.19.19_
Services Supervisor                        Date

12/13

**ATTACHMENT 3**



# Superior Court of the State of California

### COUNTY OF TULARE
CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

June 10, 2019

I certify that I have searched the indices for the Superior Court of California, County of Tulare as follows:

Name: Hector Gonzalez
Addresses: 560 N Lombardi St, Porterville, CA 93257
**AND**
Motel Six, 935 W Morton Ave, Porterville, CA 93257

Results of search:
No search and/or Ramey warrants filed in the Superior Court, County of Tulare between August 10, 2015 and August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: June 10, 2019.

Respectfully,

Jonathan Dimas
Deputy Clerk



## Superior Court of the State of California

### COUNTY OF TULARE
CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

June 10, 2019

I certify that I have searched the indices for the Superior Court of California, County of Tulare as follows:

Name: Hector Gonzalez
Date of Birth: 06/26/1976

Results of search:
No arrest warrants filed in the Superior Court, County of Tulare between August 10, 2015 and August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: June 10, 2019.

Respectfully,

Jonathan Dimas
Deputy Clerk



## Superior Court of the State of California

### COUNTY OF TULARE

CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

May 31, 2019

I certify that I have searched the indices of the Superior Court of California, County of Tulare with the information provided as follows:

Name: Isabel Maria Valdez
Date of Birth: 03/06/1984

Result of search:
No criminal or traffic case filed between August 10, 2015 to August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: May 31, 2019.

Jonathan Dimas
Deputy Clerk





# Superior Court of the State of California

## COUNTY OF TULARE
CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Sobolecki
Assistant Court Executive Officer

May 31, 2019

I certify that I have searched the indices of the Superior Court of California, County of Tulare with the information provided as follows:

Name: Isabel-Maria Valdez
Date of Birth: 03/06/1984

Result of search:
No arrest and/or search warrant filed between August 10, 2015 to August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: May 31, 2019.

Jonathan Dimas
Deputy Clerk





# Superior Court of the State of California

### COUNTY OF TULARE
CLERK'S OFFICE — ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

June 3, 2019

I certify that I have searched the indices for the Superior Court of California, County of Tulare as follows:

Name: Isabel Maria Valdez
Addresses: 560 N Lombardi St, Porterville, CA 93257
AND
Motel Six, 935 W Morton Ave, Porterville, CA 93257

Results of search:
No search and/or Ramey warrants filed in the Superior Court, County of Tulare between August 10, 2015 and August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: June 3, 2019.

Respectfully,

Jonathan Dimas
Deputy Clerk

**ATTACHMENT 4**



Our Fathers Home
118 S. Court St.
Visalia, Ca 93291

January 15, 2020

Dear Mrs. Mayor Flores

   Our office has tried to be in contact with you since February 2019. We have been unsuccessful. We understand that elections are coming up in November. Our office has a meeting scheduled in Porterville on February 24, 2020, at which time, we will be sharing with our community members the letters, and or emails, we have sent addressed to you, the Chief of Police and Capt. Jake Castellow all of which have gone un-answered.

   We are led to share with our community members and our families that we have the right and power, to hold elected officials accountable to their oath and promises to us. Should you like to discuss the issue at hand before this date, please feel free to contact me at your convenience. We look forward to hearing from you soon.

Thank you. God Bless.

Our Fathers Home
Advocate
Isabel M. Valdez
559.667.3608
118 S. Court St.
Visalia, Ca 93291

**ATTACHMENT 5**



Our Fathers Home
118 S. Court St.
Visalia, CA 93291
(559) 667-3608

January 14, 2020

Chief Eric Kroutil,

    My name is Isabel M. Valdez I am an Advocate with Our Fathers Home. I had been in contact with your department in regards to the issues of misconduct and the Violation of our rights by your officers and was later contacted by Captain Jake Castellow. After Meeting with Mr. Castellow in person at your department, I was advised that he would look into the case involving myself, Hector V. Gonzalez and my children: Americus B. Campos, Sierra L. Cavazos, Isaiah R. Cavazos, Dominik E. Valdez-Gonzalez, Ethan N. Valdez-Gonzalez, Hector X. Valdez-Gonzalez dated August 12, 2015 and would contact me in timely manner after his investigation. Our office has left 2 voice messages, and sent out a secondary letter to Captain Jake Castellow and as of date, no contact has been made.

    We will be holding a meeting on February 24th at 6:30pm with members of your community to share our attempts, and the letters we have sent in hopes to ensure the saftey of; past, present and future cases that your department may handle.  We understand that wrongs will happen under your watch such as those of Sergeant Wayne Martin, what we fear is, that you will not protect and serve your community by working with us to fix, undo and prevent further wrongs.

    Our office intends to ask and recieve your resignation after completion of our investigation and data collection within your city of families harmed, violated, and injured, do to Officer Misconduct under your watch. We intend to hold you accountable for failure to protect our families, and those that you oversee, being that you are in the position of knowing, or should be knowing, of this conduct and have failed to protect and serve our families.

    Our letters that will be shared with the community will show the unwillingness to cooperate and work with your community to ensure the protection of our families. It will demonstrate that your were aware, and or, that an incident was brought to your attention, and ignored. This will help us in proving that you are not fit to stand as Chief of Police and have violated your oath to protect and serve.

We will be seeking families whom have tried to come to you for assistance, or those that have been silenced in fear by threats of your Officers. If you have any questions please feel free to call and schedule a time we can meet and discuss the issues at hand.


Thank you. God Bless.


Our Fathers Home
Advocate
Isabel M. Valdez
559-667-3608
118 S. Court St.
Visalia, CA 93291

We will be seeking families whom have tried to come to you for assistance, or those that have been silenced in fear by threats of your Officers. If you have any questions please feel free to call and schedule a time we can meet and discuss the issues at hand.

Thank you. God Bless.

Our Fathers Home
Advocate
Isabel M. Valdez
559-667-3608
118 S. Court St.
Visalia, CA 93291

**ATTACHMENT "C"**

A

# PORTERVILLE POLICE DEPARTMENT
## Application for Release of Information

Date & Time of Occurrence: _____     Report# __15-5168__

Type of Report    [ ] Traffic Collision    [X] Crime          Porterville Police Department

Location of Incident: _____          APR 1 5 2019

                                                              CC
                                                            Received

Party of Interest (Please Check One)

[ ] Person Involved:                          [ ] Representative of Insurance Company or
    Driver, Passenger, Pedestrian or Victim        Insurance Adjusting Agency

[ ] Property Owner                            [ ] Attorney

[ ] Authorized Representative of Victim       [X] Party Accused of Crime
    (Signed Authorization is Required)

[ ] Parent / Guardian of Juvenile Party       [ ] Victim

[ ] Press                                     [ ] Other Party of Interest (Specify)

Certification: _NEED COPY for Search Warrant and Arrest Warrant for_
_NEED proof In writing please._          8-10-15 to
                                          8-17-15

I declare under penalty of perjury that [X] I am [ ] I represent [ ] I am an attorney representing the party of
interest identified in the report recorded hereon.

__Hector Gonzalez__                        _____
Printed Name                               Signature

__25015 Ave 196 Strathmore__               __4-15-19__
Address / Phone                            Date
__Ca. 93267  (559) 586-3125__

Records Information:                        Called Hector on 4/19/19
                                           Hector will p/u copy of
[ ] Copy Released    [X] Denied             this form. ce

Reason of Denial __THERE IS NO ARREST WARRANT ASSOCIATED TO THIS CASE AND__
__THE SEARCH WARRANT DOES NOT PERTAIN TO MR. GONZALEZ (PERTAINS__
__TO OTHER DEFENDANT).__

__R Moore__                                __4-19-19__
Services Supervisor                        Date

                                                              12/13



## Superior Court of the State of California

**COUNTY OF TULARE**
CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

May 31, 2019

I certify that I have searched the indices of the Superior Court of California, County of Tulare with the information provided as follows:

Name: Isabel Maria Valdez
Date of Birth: ▮▮▮▮▮▮

Result of search:
No criminal or traffic case filed between August 10, 2015 to August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: May 31, 2019.

Jonathan Dimas
Deputy Clerk





## Superior Court of the State of California

### COUNTY OF TULARE
CLERK'S OFFICE – ROOM 124

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Nocona Sobolэski
Assistant Court Executive Officer

May 31, 2019

I certify that I have searched the indices of the Superior Court of California, County of Tulare with the information provided as follows:

Name: Isabel Maria Valdez
Date of Birth: ▇▇▇▇▇▇

Result of search:
No arrest and/or search warrant filed between August 10, 2015 to August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: May 31, 2019.

Jonathan Dimas
Deputy Clerk





# Superior Court of the State of California

## COUNTY OF TULARE

CLERK'S OFFICE – ROOM 124
221 S. Mooney Blvd., Room 124
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 730-2521

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

June 3, 2019

I certify that I have searched the indices for the Superior Court of California, County of Tulare as follows:

Name: Isabel Maria Valdez
Addresses: 560 N Lombardi St, Porterville, CA 93257
**AND**
Motel Six, 935 W Morton Ave, Porterville, CA 93257

Results of search:
No search **and/or** Ramey warrants filed in the Superior Court, County of Tulare between August 10, 2015 and August 17, 2015.

I certify that the foregoing is true and correct and that this declaration is executed on: June 3, 2019.

Respectfully,

Jonathan Dimas
Deputy Clerk