UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL VALDEZ VELA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTERVILLE, et al.,<br><br>Defendants. | No. 1:20-cv-01151-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(DOC NOS. 5, 6 & 7) |

Plaintiff, Isabel Valdez Vela ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed the complaint initiating this action on August 17, 2020. (Doc. No. 1.) The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 2, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]he Amended Complaint be DISMISSED, WITH PREJUDICE;" "Plaintiff's Petition for Guardian (ECF No. 5) be DENIED, AS MOOT; and" "[t]he Clerk of Court be directed to close this case." (Doc. No. 7 at 7).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on October 2, 2020, are ADOPTED IN FULL;
2. The Amended Complaint is DISMISSED, WITH PREJUDICE;
3. Plaintiff's Petition for Guardian (ECF No. 5) is DENIED, AS MOOT; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 9, 2020                        _____
                                                              SENIOR DISTRICT JUDGE

2